# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALLEN LAURY,<br><br>    Plaintiff,<br><br>v.<br><br>MOTL, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00333-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 10) |

    Plaintiff Daniel Allen Laury ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this action under 42 U.S.C. § 1983.

    On April 2, 2018, the Court's order granting Plaintiff's motion to proceed *in forma pauperis* was returned as "Undeliverable, No Such Number" after being mailed to Plaintiff's address of record. Accordingly, on April 5, 2018, the Court issued an order directing Plaintiff to file a notice of his current address or show cause in writing why this action should not be dismissed for failure to prosecute. (ECF No. 10.)

    On April 24, 2018, Plaintiff filed a notice of change of address. (ECF No. 12.) Based on Plaintiff's notice, the order to show cause issued on April 5, 2018, (ECF No. 10), is HEREBY DISCHARGED. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **April 30, 2018**               /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE